AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Twohig | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 7:20-cv-00763-CS |
| Shop-Rite Supermarkets, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sean Twohig, individually and on behalf of all others similarly situated .

Date: 07/02/2020

/s/ Christopher Patalano
*Attorney's signature*

Christopher Patalano - 5364088
*Printed name and bar number*
Sheehan & Associates P.C.
505 Northern Blvd, Ste 311
Great Neck, NY 11021

*Address*

cpatalano@spencersheehan.com
*E-mail address*

(631) 355-2590
*Telephone number*

(516) 234-7800
*FAX number*