UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SEAN TWOHIG, SANDY BALBIN, individually
and on behalf of all others similarly situated,

                        Plaintiffs,

      -against-                                      20 **CIVIL** 763 (CS)

## **JUDGMENT**

SHOP-RITE SUPERMARKETS, INC.,

                        Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 11, 2021, Defendant's motion to dismiss is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York

       February 12, 2021

                                                            **RUBY J. KRAJICK**

                                                              Clerk of Court
                                    BY:

                                                               **Deputy Clerk**